JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- In re Bank of Credit and Commerce International Depositors Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/10/16 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 THRU A-4) Filed by Defts. Price Waterhouse-UK; Price Waterhouse-US and Price Waterhouse World Firm Ltd. -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF CALIFORNIA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Exhibits A-G and cert. of svc. (received 10/15/91) (rh) |
| 91/10/16 | 2 | CORRECTED COPY (TO EXHIBIT E IN PLDG. #1) -- (to include pages 149 through 162 in Exhibit E) -- Filed by Price Waterhouse-UK; Price Waterhouse-US and Price Waterhouse World Firm Ltd. -- w/cert. of svc. (rh) |
| 91/10/18 | 3 | SUPPLEMENTAL CERTERFICATE OF SERVICE -- Movants-- attached to pldg. no. 1 (rew) |
| 91/10/28 | | APPEARANCES -- WILLIAM S. LERACH, ESQ. for Akahtar Hamid, et al.; R. BRUCE MCNEW, ESQ. for Leo D. Curran; HOWARD D. FINKELSTEIN, ESQ. for Soha, Inc., et al.; JOHN W. ALLURED, ESQ. for Shrichand Chawla; JOHN A. BELCHER, ESQ. for Fulvio Dobrich; DENNIS B. FRANKS, ESQ. for Independence Bank; PAUL C. WORKMAN, ESQ. for Pharaoh Holdings, Ltd.; FRANCIS P. BARRON, ESQ. for Price Waterhouse World Firm Limited; JAMES E. TOLAN, ESQ. for Price Waterhouse, United Kingdom; RONALD C. PETERSON, ESQ. for Ernst & Young; STEPHEN J. BROGAN, ESQ. for First American Corp.; First American Bankshares, Inc.; Jack Beddow; Paul G. Adams, III and A. Vincent Scoffone; ANTON N. HANDAL, ESQ. for Niam Musleh; WINSLOW CHRISTIAN, ESQ. for Bank of America NT&SA and BankAmerica Corp. and K. CHRIS TODD, ESQ. for InterRedec, Inc.; InterRedec Southern Co., Inc.; Wesley Co., Inc.; River Oaks, Inc.; River Oaks Investments, Inc.; Sterling Bluff, Inc.; Concorde Finance & Investments and GRP Investments N.V. (rh) |
| 91/10/29 | | APPEARANCE -- MITCHELL I. WEITZ, ESQ. for Hill & Knowlton, Inc. (rh) |
| 91/10/31 | | APPEARANCE -- JOHN G. KOELTL, ESQ. for Price Waterhouse-US (rh) |
| 91/11/01 | 4 | RESPONSE -- (to pldg. #1)  Filed by pltf. Shrichand Chawla -- w/cert. of svc. (srg) |
| 91/11/05 | 5 | Response -- Classd Action Plaintiffs Hamid Hrmans and Red Circle Investment Ltd. to Pldg. #1 w/Memo and Declaration of Denis Stewart and exhibits and cert of svc. (rew) |
| 91/11/05 | 6 | Memorandum of Defendants InterRedec, Inc., InterRedec Southern Co., Inc., Wesley Co., Inc., River Oaks, Inc., River Oaks Investments, Inc., Sterling Bluff, Inc., Concorde Finance & Investments, and GRP Investments N.V. to Pldg. #1 w/cert of svc. (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- _____ p.2

| Date | Pldg.# | Pleading Description |
|---|---|---|
| 91/11/05 | 7 | Response to Class Action Plaintiffs Soho, Inc., S&L Gentrade, Inc. and Idriss Devco, Inc. to pldg. #1 w/cert. of svc. (rew) |
| 91/11/05 | 8 | Response of Class Action Plaintiffs Niam Musleh to pldg. #1 w/Memorandum and cert. of svc. (rew) |
| 91/11/05 | 9 | Joinder in Motion defendant Pharoah Holdings, Ltd. w/cert. of svc. |
| 91/11/05 | 10 | Response of plaintiff Leo D. Curran (No Brief included) w/cert. of svc. (rew) |
| 91/11/06 | 11 | Corrected Response of plaintiff Leo D. Curran w/papers titled Corrected Brief -- w/cert. of svc. (rew) |
| 91/11/06 |  | APPEARANCE -- JAMES L. SEAL, ESQ. for Robert Altman, Clark Clifford and Clifford & Warnke (ds) |
| 91/11/07 | 12 | RESPONSE -- Deft. Ernst and Young -- (to pldg. #1) w/Cert. of Svc. (kac) |
| 91/11/08 | 13 | RESPONSE -- (to pldg. #1) Filed by Plft. Sakid Mahmoud Hashim's -- w/cert. of svc. (sg) |
| 91/11/12 | 14 | SUBSEQUENT INFORMATION -- Filed by defts. Price Waterhouse -- w/cert. of svc. (dism. A-4) Niam Musleh v. Price Waterhouse & Co., et al., C.D. California, C.A. No. CV 91-5509 (AWT); Willy Hermans and Red Circle Investments LTD, et al. v. Price Waterhouse & Co., et al., C.D. California, C.A. No. CV-91-5560 TJH; Jaleh Khorassanchy, et al. v. Price Waterhouse & Co., et al., C.D. California, C.A. No. CV 91-5614 SVW; Sakid Mahmoud Hashim, et al. v. Price Waterhouse & Co., et al., C.D. California, C.A. No. CV 91-5689 HLH (sg) |
| 91/11/12 | 15 | INTERESTED PARTY RESPONSE -- Class plaintiffs Jaleh Khorassanchy w/cert. of svc. (ds) |
| 91/11/13 | 16 | REPLY -- (to pldg. #1) Filed by plft. Price Waterhouse, United Kingdom, Price Waterhouse-US, Price Waterhouse World Firm Limited -- w/cert. of svc. (sg) |
| 91/12/19 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/15 | 17 | NOTICE OF RELATED ACTION -- filed by bank of America NT&SA and BankAmerica Corp. w/exhibits A thru C and cert. of svc. (ds) |
| 92/01/15 | 18 | RESPONSE (to pldg. #17) -- filed by pltfs. Akhtar Hamid, et al. w/cert. of svc. (ds) |
| 92/01/21 | 19 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- filed by Class Action Pltfs. Akhtar Hamid, et al. (Yousef Mohamed Ali v. BankAmerica Corp., et al., E.D. Pa., C.A. No. 92-CV-0309) (ds) |
| 92/01/23 | 20 | LETTER (SUPPLEMENTAL INFORMATION) AND NOTICE OF TAG-ALONG ACTION (Ali v. BankAmerica Corp., C.D. Cal., C.A. No. 92-CV-309) -- filed by Price Waterhouse, United Kingdom w/cert. of svc. (ds) |
| 92/01/24 | 21 | RESPONSE TO PLDG. 20 -- filed by pltf. Yousef Mohamed Ali w/cert. of svc. (ds) |
| 92/01/27 | 22 | RESPONSE (to pldg. #19) -- filed by pltf. Yousef Mohamed Ali w/cert. of svc. (ds) |
| 92/01/29 | 23 | LETTER (withdrawing its notce of intent to give oral argument at Panel hearing on 1/31/92) -- filed by deft. Price Waterhouse, United Kingdom w/cert. of svc. (ds) |
| 92/01/29 | 24 | RESPONSE (pldg. #20) -- filed by InterRedec, Inc., InterRedec Southern Co., Inc., Wesley Co., Inc., River Oaks, Inc., River Oaks Investments, Inc., Sterling Bluff, Inc., Concorde Finance & Investment and GRP Investments N.V. -- w/cert. of service (cdm) |
| 92/01/31 | | HEARING APPEARANCES -- (For Hearing on 1/31/92 in Phoenix, AZ) WILLIAM S. LERACH, ESQ. for Soha, Inc.; Akhtar Hamid; Leo Curran; Niam Musleh and Shrichan Chawla and HOWARD D. FINKELSTEIN, ESQ. for Soha; S&L Gentrade, Inc. and Idriss Devco, Inc. (rh) |

JPML FORM 1A

B.4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (For Hearing on 1/31/92 in Phoenix, AZ) Price Waterhouse-United Kingdom; Price Waterhouse-United States; Price Waterhouse World Firm Ltd.; Independence Bank; InterRedec, Inc.; InterRedec Southern Co.; River Oaks, Inc.; River Oaks Investments, Inc.; Sterling Bluff, Inc.; Concorde Finance & Investments GRP Investments, N.V.; Wesley Co., Inc.; Ernst & Young; Pharaoh Holdings Limited; Clark Clifford; Robert Altman; Clifford & Warnke; Bank of America N.T. & S.A. and BankAmerica Corp. (rh) |
| 92/03/17 | 25 | STATUS NOTICE AND NOTICE OF POTENTIAL TAG-ALONG ACTION (Republic of Panama v. BCCI Holdings (Luxwembourg) S.A., et al., S.D. Florida, C.A. No. 90-CV-2913) -- filed by defts. First American Bankshares, Inc., First American Corp., Jack W. Beddow, Paul G. Adams, III and A. Vincent Scoffone w/exhibits A and B and cert. of svc. (ds) |
| 92/03/17 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Consuelo Bland Marshall (ds) |
| 92/03/17 | | TRANSFER ORDER -- transferring A-3 to the C.D. California -- notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 92/03/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-9) Republic of Panama v. BCCI Holdings (Luxemborg) S.A., et al., S.D. Florida, C.A. No. 90-CV-2913 -- Notified involved judges and counsel (bas) |
| 92/04/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-10) Yousef Mohamed Ali, etc. v. BankAmerica Corp., et al., E.D. Pennsylvania, C.A. No. 92-CV-309 -- Notified involved counsel and judges (kac) |
| 92/04/07 | 26 | NOTICE OF OPPOSITION TO CTO -- (B-9 Republic of Panama v. BCCI Holdings (Luxwembourg) S.A., et al., S.D. Fla., C.A. No. 90-CV-2913-RYSKAMP) -- filed by pltf. The Republic of Panama w/cert. of svc. -- Notified involved judges and counsel (ds) |
| 92/04/07 | 27 | REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF OPPOSITION TO CTO (B-9 Republic of Panama v. BCCI Holdings (Luxwembourg) S.A., et al., S.D. Fla., C.A. No. 90-CV-2913-RYSKAMP) -- REQUEST DENIED -- Notified involved counsel (ds) |

JPML FORM

p.5

908

| Date | No. | Description |
|---|---|---|
| 92/04/08 | 28 | NOTICE OF OPPOSITION TO CTO -- (B-9 Republic of Panama v. BCCI Holdings (Luxembourg) S.A., et al., S.D. Florida, C.A. No. 90-CV-2913) -- filed by defts. BCCI Holdings (Luxembourg) S.A., Bank of Credit and Commerce International S.A., and Bank of Credit and Commerce International (Overseas) Limited w/copy of notice of appearance -- notified involved counsel and judges (ds) |
| 92/04/08 | 29 | NOTICE OF OPPOSITION TO CTO -- (B-9 Republic of Panama v. BCCI Holdings (Luxembourg) S.A., et al., S.D. Florida, C.A. No. 90-CV-2913) -- filed by defts. First American Corp., First American Bankshares, Inc., First American Bank, N.A., and First American Bank of New York -- notified involved counsel and judges (ds) |
| 92/04/21 | -- | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-10) Yusef Mohamed Ali, etc. v. BankAmerica Corp., et al., E.D. Pennsylvania, C.A. No. 92-CV-309 -- Notified involved judges and clerks (bas) |
| 92/04/22 | 30 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. Republic of Panama (B-9 Republic of Panama v. BCCI Holdings (Luxemborg) S.A., et al., M.D. Fla., C.A. No. 90-CV-2913) -- w/cert. of svc. (bas) |
| 92/04/23 | 31 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by defts. First American Corp., First American Bankshares, Inc., First American Bank, N.A., and First American Bank of New York (B-9 Republic of Panama v. BCCI Holdings (Luxembourg) S.A., et al., M.D. Fla., C.A. No. 90-CV-2913-Ryskamp) -- w/Exhibits A thru B and proof of svc. (bas) |
| 92/05/07 | 32 | SUPPLEMENTAL RESPONSE -- (to pldg. #31) filed by defts. First American Corporation, First American Bankshare, Inc., First American Bank, N.A. and First American Bank of New York -- w/Exhibit A and cert. of svc. (kac) |
| 92/06/19 | | HEARING ORDER -- Setting opposition of defts. (B-9) BCCI Holdings (Luxembourg) S.A., et al. to transfer for Panel Hearing on July 31, 1992 in Richmond, Virginia -- Notified involved counsel, judges, and clerks (bas) |

JPML FORM 1A

B.6.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/07/31 | | HEARING APPEARANCES -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- THOMAS MEEKS, ESQ. for The Republic of Panama; MARY ELLEN POWERS, ESQ. for First American Corporation, First American Bankshares, Inc. (kac) |
| 92/07/31 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- Price Waterhouse World Firm Limited; Price Waterhouse-US; Price Waterhouse, United Kingdom; Hill & Knowlton; Interredec, Inc., Interedec Southern Co.,Inc., Wesley Co., Inc., River Oaks, Inc., River Oaks Investments, Inc., Sterling Bluff, Inc., Concorde Finance & Investments, and GRP Investments N.V.; BCCI Holdings (Luxembourg), S.A., Bank of Credit and Commerce International S.A., Bank of Credit and Commerce International (Overseas) Limited; The United States Partnership of Ernst & Young; Fulvio Dobrich; Bank of America, N.T. & S.A., BankAmerica Corporation; Soha, Inc., S&L Gentrade, Inc., Idriss Devco, Inc.; Clark Clifford, Robert Altman and Clifford & Warnke (kac) |
| 92/08/07 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-9 Republic of Panama v. BCCI Holdings (Luxembourg) S.A., et al., S.D. Florida, C.A. No. 1:90-2913 -- Notified involved counsel; judges; clerks and panel judges (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 908 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Bank of Credit and Commerce International Depositors Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 31, 1992 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | March 17, 1992 | T.O. | Unpublished | C.D. Calfornia | Consuelo Bland Marshall | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 908 -- In re Bank of Credit and Commerce International Depositors Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Akahtar Hamid, et al. v. Price Waterhouse & Co., et al. | Cal.,C. Marshall | 91-4483-CBM(Ex) NTN | | | closed 4/30/92 | |
| A-2 | Leo D. Curran v. Price Waterhouse & Co., et al. | Cal.,C. ~~Hupp~~ Marshall | 91-5230-HLH(Ex) NTN | | | closed 12/12/91 | |
| A-3 | Soha, Inc., et al. v. Price Waterhouse & Co., et al. | Cal.,S. ~~Huff~~ Huff | 91-1103-H(LSP) 3/17/92 | | 92-3096 CBM | --- | 1/29/93 C |
| A-4 | Shrichand Chawla v. Price Waterhouse & Co., et al. Do Not Count | Cal.,N. Vukasin | 91-Civ-2463-JPV | | | dismissed 10/24/91 | |
| A-5 | Niam Musleh, etc. v. Price Waterhouse & Co., et al. | Cal.,C. ~~Tashima~~ Marshall | 91-5509-AWT(Ex) NTN | | | closed 12/12/91 | |
| XYZ-6 | Willy Hermans, et al. v. Price Waterhouse & Co., et al. | Cal.,C. Marshall | 91-5560-CBM NTN | | | | |
| XYZ-7 | Jaleh Khorassanchy, etc. v. Price Waterhouse & Co., et al. | Cal.,C. | 91-5614-CBM NTN | | | | |
| XYZ-8 | Sakid Mahmoud Hashim, et al. v. Price Waterhouse & Co., et al. | Cal.,C. | 91-5689-CBM NTN | | | | |
| B-9 | Republic of Panama v. BCCI Holdings (Luxembourg) S.A., et al. 3/24/92 | Fla.,S.M. Ryskamp | 90-CV-~~2913~~ VACATED 8-7-92 | | | | |
| B-10 | Yousef Mohamed Ali, etc. v. BankAmerica Corp., et al. opposed 4/7/92 | Penn.,E. Green | 92-CV-309 | 4-21-92 | 92-3097 CBM | | |

July 1992 - 2 TR/6 XYZ/$ B DIS'D Pending   (B-9 opposed)
Sept 92 same                              VACATED

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- In re Bank of Credit and Commerce International Depositors Litigation

===============================================================================

AKAHTAR HAMID, ET AL. (A-1)
Felix A. Seidler, Esq.
2527 Santa Clara Ave.
Alameda, CA 94501

LEO D. CURRAN (A-2)
R. Bruce McNew, Esq.
Greenfield & Chimicles
633 W. 5th St., Suite 2200
Los Angeles, CA 90071-2010

SOHA, INC. (A-3)
Howard D. Finkelstein, Esq.
Finkelstein & Associates
1495 Pacific Highway, 4th Floor
San Diego, CA 92101

SHRICHAND CHAWLA (A-4)
John Allured, Esq.
Donaldson & Allured
235 Pine Street
Suite 835
San Francisco, CA 94014

FULVIO DOBRICH
John A. Belcher, Esq.
Richards, Watson & Gershon
333 South Hope St., 38th Floor
Los Angeles, CA 90071

PHARAOH HOLDINGS, LTD.
Paul C. Workman, Esq.
Whitman & Ransom
633 West Fifth St., 21st Floor
Los Angeles, CA 90071

PRICE WATERHOUSE WORLD FIRM LIMITED
Francis P. Barron, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019

PRICE WATERHOUSE, UNITED KINGDOM
James E. Tolan, Esq.
Dechert Price & Rhoads
477 Madison Avenue
New York, NY 10022

PRICE WATERHOUSE-US
John G. Koeltl, Esq.
Debevoise & Plimpton
875 Third Avenue
New York, NY 10022

FIRST AMERICAN CORPORATION
FIRST AMERICAN BANKSHARES, INC.
JACK BEDDOW
PAUL G. ADAMS, III
A. VINCENT SCOFFONE
Stephen J. Brogan, Esq.
Jones, Day, Reavis & Pogue
1450 G St., N.W.
Washington, D.C. 20005-2088

ERNST & YOUNG
Ronald C. Peterson, Esq.
Heller, Ehrman, White & McAuliffe
601 S. Figueroa St., 40th Floor
Los Angeles, CA 90017-5758

NIAM MUSLEH
(UNABLE TO DETERMINE COUNSEL
  OR ADDRESS)

MANUEL NORIEGA   (No App. Rec'd)
Manuel Noriega
U.S. Marshal Service
U.S. Federal Courthouse
301 N. Miami Ave.
Miami, FL 33128

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 908 --   In re Bank of Credit and Commerce International Depositors Litigation

===================================================================

CONCORDE FINANCE & INVESTMENTS
GRP INVESTMENTS N.V.
INTERREDEC, INC.
INTERREDEC SOUTHERN CO., INC.
RIVER OAKS, INC.
RIVER OAKS INVESTMENTS, INC.
STERLING BLUFF, INC.
WESLEY CO., INC
K. Chris Todd, Esq.
Johnson & Gibbs, P.C.
1301 K Street, N.W.
Suite 800 East
Washington, D.C.  20005

ROBERT ALTMAN
CLARK CLIFFORD
CLIFFORD & WARNKE
Gary Schlessinger, Esq.
James L. Seal, Esq.
Rosenfeld, Meyer & Susman
9601 Wilshire Blvd., 4th Floor
Beverly Hills, CA  90210-5288

BANK OF AMERICA, NT&SA
BANKAMERICA CORPORATION
John W. Fauvre, Esq.
Bank of America
555 South Flower Street
Suite 800
Los Angeles, CA  90071

HILL & KNOWLTON, INC.       (No App.
Mitchell Weitz, Esq.         Rec'd)
Davis & Gilbert
1740 Broadway
New York, NY  10019

T. BERTRAM LANCE
T. Bertram Lance, Esq.
Route 7, Lance Road
P.O. Box 2228
Calhoun, GA  30701

ABU DHABI
ABU DHABI FINANCE CO. A/K/A ABU
   DHABI INVESTMENT AUTHORITY
SHEIKH ZAYED AL-NAHAYAN
GHAITH PHARON
PW WORLD ORGANIZATION
SHEIK KAMAL ADHAM
ABDUL R. KALIL
SAYED JAWHARY
FAISAL SAUD AL-FULAIJ
SAAD M. SHAFI
AGHA HASAN ABEDI
SWALEH NAQVI
ZIAUDIIN ALI AKBAR
MUSTAFA GOKAL
ABBAS GOKAL
MURTAZA GAKAL
GULF GROUP SHIPPING
CAPCOM FINANCIAL SERVICES, INC.
**UNABLE TO DETERMINE COUNSEL OR
   ADDRESS**

YVES C. LAMARCHE
J.D. VAN OENEN
P.C. TWITCHIN
DAVID L. PAUL
KEMAL SHOAIB
MICHAEL GOLAND
ZAFAR IQBAL
AMJAD B. AWAN
GHANIM FARIS AL-MAZRUI
DILDAR RIZZI
**UNABLE TO DETERMINE COUNSEL OR
   ADDRESS**

YOUSEF MOHAMED ALI, ETC. (B-10)
Leonard Barrack, Esq.
Barrack, Rodos & Bacine
1845 Walnut Street, Suite 2100
Philadelphia, PA  19103

```
JPML Form 4 -- Continuation
                                    Panel Attorney Service List -- p.3

DOCKET NO. 908 --   In re Bank of Credit and Commerce International
                    Depositors Litigation
```

===========================================================================

**PRICE WATERHOUSE & CO. (Deft. B-10)**
Bruce G. Merritt, Esq.
601 South Figueroa Street
Suite 3700
Los Angeles, CA  90017

**OWEN F. SILVIOUS**

Owen F. Silvious
181 Lee Highway
New Market, VA  22844

**GHAITH R. PHARAON**
  **(Already listed on p. 2)**

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __908__ -- __In re Bank of Credit and Commerce International Depositors Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| ~~Price Waterhouse & Co.~~ Price Waterhouse-US | A-1, A-2, A-3, A-4, B-10 |
| PW World Organization | A-1, A-2 |
| Price Waterhouse World Firm Limited | A-1, A-2 |
| Ernst & Young (Successor to Ernst & Whinney) | A-1, A-2, A-3, A-4, B-10 |
| Abu Dhabi | A-1, A-2, A-3, A-4 |
| Abu Dhabi Finance Company a/k/a Abu Dhabi Investment Authority | A-1, A-2, A-3, A-4 |
| Sheikh Zayed Al-Nahayan | A-1, A-2, A-3, A-4, B-10 |
| Ghaith Pharon | A-1, A-2, A-3, A-4, B-10, B-11 |
| Concorde Finance & Investments | A-1, A-2 |
| Pharaon Holdings, Ltd. | A-1, A-2 |
| GRP Investments N.V. | A-1, A-2 |

| | |
|---|---|
| Interredec Inc. | A-1, A-2 |
| Interredec Southern Co. Inc. | A-1, A-2 |
| Wesley Co., Inc. | A-1, A-2 |
| River Oaks, Inc. | A-1, A-2 |
| River Oaks Investment, Inc. | A-1, A-2 |
| Sterling Bluff, Inc. | A-1, A-2 |
| Sheik Kamal Adham | A-1, A-2, A-5, B-10 |
| Abdul R. Khalil | A-1, A-2, B-10 |
| Sayed Jawhary | A-1, A-2, A-5, B-10 |
| Faisal Saud Al-Fulaij | A-1, A-2, A-5, B-10 |
| Agha Hasan Abedi | A-1, A-2, A-5, NY, B-10 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Swaleh Naqvi | A-1, A-2, A-3, A-4, B-10 |
| Ziauddin Ali Akbar | A-1, A-2, B-10 |
| Capcom Financial Services, Inc. | A-1, A-2 |
| Manuel Noriega | A-1, A-2 |
| Abbas Gokal | A-1, A-2 |
| Mustafa Gokal | A-1, A-2 |
| Murtaza Gokal | A-1, A-2 |
| Gulf Group Shipping | A-1, A-2 |
| Yves C. Lamarche | A-1, A-2, B-10 |
| J.D. Van Oenen | A-1, A-2, B-10 |
| P.C. Twitchin | A-1, A-2, B-10 |

| Name | Annotations |
|---|---|
| Saad, M. Shafi | A-1, A-2, B-10 |
| First American Corp. | A-1, A-2, A-3, B-10 |
| First American Bankshares, Inc. | A-1, A-2, A-3, B-10 |
| Clark Clifford | A-1, A-2, A-3, A-4, B-10 |
| Robert Altman | A-1, A-2, A-3, A-4, B-10 |
| A. Vincent Scoffone | A-1, A-2, A-3, A-4, B-10 |
| Jack Beddow | A-1, A-2, A-3, A-4, B-10 |
| Paul G. Adams III | A-1, A-2, A-3, B-10 |
| Clifford & Warnke | A-1, A-2, A-3 |
| T. Bertram Lance | A-1, A-2 |
| David L. Paul | A-1, A-2 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 908 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Independence Bank | A-1, A-2 |
| Fulvio Dobrich | A-1, A-2 |
| Kemal Shoaib | A-1, A-2 |
| Michael Goland | A-1, A-2 |
| Bank-America Corp. | A-1, A-2, A-3, A-4, B-10 |
| Bank of America NT&SA | A-1, A-2, A-3, A-4, B-10 |
| Hill and Knowlton, Inc. | A-1, A-2 |
| Zafar Iqbal | A-2, B-10 |
| Amjad B. Awan | A-2, B-9, B-10 |
| Ghanim Faris Al-Mazrui | A-2, B-10 |
| Dildar Rizzi | A-2, B-10 |

p. 6

| | |
|---|---|
| Price Waterhouse, United Kingdom | |
| BCCI Holdings (Luxembourg) S.A. | B-9 |
| First American Bank, N.A. | B-9 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |